UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RealComp II, LTD,

    Plaintiff,                          Case No. 12-11280

v.                                   HONORABLE STEPHEN J. MURPHY, III

ACE American Insurance, Co.,

    Defendant.
_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's order dated September 9, 2014, this cause of action is DISMISSED WITH PREJUDICE

Dated at Detroit, Michigan, this 9th day of September 2014.

                               DAVID J. WEAVER
                               CLERK OF THE COURT

                               BY: s/C. Cohron

APPROVED:

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 9, 2014, by electronic and/or ordinary mail.

                s/Carol Cohron
                Case Manager